HORMISDAS DE LOGE, Respondent, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

*De Loge* v. *N. Y. C. & H. R. R. R. Co.*, 92 Hun, 149, affirmed.
(Submitted October 11, 1898; decided October 25, 1898.)

APPEAL from a judgment and order of the late General Term of the Supreme Court in the fourth judicial department, entered January 9, 1896, affirming a judgment in favor of plaintiff entered upon a verdict, and an order denying a motion for a new trial.

*Purcell, Walker & Burns* for appellant.

*Smith & Smith* for respondent.

Judgment and order affirmed, with costs; no opinion.
All concur, except O'BRIEN, J., not voting, and MARTIN, J., not sitting.

---

TERRENCE F. FERGUSON, Appellant, *v.* JULIUS F. BRUCKMAN and MARY BRUCKMAN, his Wife, Impleaded, Respondents.

Reported below, 26 App. Div. 628; 18 App. Div. 358.
(Submitted October 17, 1898; decided October 25, 1898.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered April 1, 1898, modifying, and as modified, affirming a judgment in an action for an accounting between partners entered upon the report of a referee; also an appeal from an order of the same Appellate Division, entered July 7, 1897, modifying an order of Special Term vacating a previous judgment in the same action and directing a new trial before another referee.

*Sidney V. Lowell* for motion.

*Josiah T. Marean* opposed.

Motion denied, with costs.